costs. No opinion. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS J. LAFFERTY, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and the application for writ denied, upon the ground that the alleged increase in relator's salary for the year 1919 was not included in the budget for that year because not submitted to the board of estimate and apportionment on or before August 1, 1919; further that such board was not bound at any later date, upon application made to it, to include such increase in such budget. Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LONG ISLAND RAILROAD COMPANY, Appellant, Respondent, v. THE STATE BOARD OF TAX COMMISSIONERS, Respondent, Appellant, and THE CITY OF NEW YORK, Intervenor, Appellant. (1909 Proceeding.) — Order modified in accordance with opinion in the case of the same title [ante, p. 297] involving the assessment for the year 1908, and as so modified affirmed, without costs to either party. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LONG ISLAND RAILROAD COMPANY, Appellant, Respondent, v. THE STATE BOARD OF TAX COMMISSIONERS, Respondent, Appellant, and THE CITY OF NEW YORK, Intervenor, Appellant. (1910 Proceeding.) — Order modified in accordance with opinion in the case of the same title [ante, p. 297] involving the assessment for the year 1908, and as so modified affirmed, without costs to either party. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LONG ISLAND RAILROAD COMPANY, Appellant, Respondent, v. THE STATE BOARD OF TAX COMMISSIONERS, Respondent, Appellant, and THE CITY OF NEW YORK, Intervenor, Appellant. (1911 Proceeding.) — Order modified in accordance with opinion in the case of the same title [ante, p. 297] involving the assessment for the year 1908, and as so modified affirmed, without costs to either party. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LONG ISLAND RAILROAD COMPANY, Respondent, v. THE STATE BOARD OF. TAX COMMISSIONERS, Appellant, and THE CITY OF NEW YORK, Intervenor, Appellant. (1912 Proceeding.) — Order affirmed, with costs. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LONG ISLAND RAILROAD COMPANY, Respondent, v. THE STATE BOARD OF TAX COMMISSIONERS, Appellant, and THE CITY OF NEW YORK, Intervenor, Appellant. (1917 Proceeding.) — Order affirmed, with costs. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES F. O'DONNELL, Appellant, v. EDWARD W. COX, as County Clerk of Queens County, and